UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CROWN JEWELS OF NEW ENGLAND, LLC, )
                                  )
            Plaintiff,            )   CIVIL ACTION
                                  )   NO.  05 10783 RWZ
        v.                        )
                                  )
WALDO H. LAILER & COMPANY, INC,   )
PETER KOTZEN, and JOHN KOTZEN,    )
                                  )
            Defendants,           )
                                  )
and                               )
                                  )
CITIZENS BANK OF MASSACHUSETTS and )
STATE STREET BANK & TRUST COMPANY, )
                                  )
        Trustee Process Defendants. )

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

In accordance with the provisions of Rule 4(c) of the Federal Rules of Civil Procedure, the undersigned hereby moves this Court for the appointment of Suvalle, Jodrey & Associates of Boston, Massachusetts, as Process Server in the above-entitled case to serve all process, including but not limited to, subpoenas, summonses and complaints, and the service and recording of writs of attachment, temporary restraining orders, and preliminary and permanent injunctions. The undersigned swears that to the best of his knowledge and belief the person to be appointed Process Server is a Constable who is experienced in the service of process, is 18 years of age or over and is not party to this action.

B0403216v1

-2-

                    Respectfully submitted,

                    CROWN JEWELS OF NEW ENGLAND, LLC,
                    By its Attorneys,

                    */s/ Edward W. Little, Jr.*
                    William A. Zucker, BBO # 541240
                    Edward W. Little, Jr. BBO # 628985
                    Gadsby Hannah LLP
                    225 Franklin Street
                    Boston, MA  02110
Dated:  April 19, 2005      (617) 345-7000