UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN JEWELS OF NEW ENGLAND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALDO H. LAILER & COMPANY, INC, PETER KOTZEN, and JOHN KOTZEN, <br><br> Defendants, <br><br> and <br><br> CITIZENS BANK OF MASSACHUSETTS and STATE STREET BANK & TRUST COMPANY, <br><br> Trustee Process Defendants. | CIVIL ACTION <br> NO. 05-CV-10783-RWZ |

## ORDER

Based upon the Court's consideration of the *Complaint and Jury Demand* in this matter and the *Plaintiff's Motion Ex Parte for Approval of Attachments and Temporary Restraining Order* ("Motion") and related papers and the hearing on this matter,

IT IS HEREBY ORDERED AS FOLLOWS:

1. ~~Plaintiffs' Motion is hereby ALLOWED;~~

2. Defendants Waldo H. Lailer & Co., Inc. ("Lailer"), Peter Kotzen and John Kotzen are hereby temporarily restrained from selling, leasing, pledging, encumbering, alienating or otherwise transferring any assets or interest in assets owned or controlled by them, other than as allowed by further order of this Court;

-2-

3. Plaintiff shall serve promptly the Complaint, Motion and other papers in this case upon all defendants ~~promptly~~, and in no event later than April 22, 2005;   RWZ

4. Upon prompt notice to all defendants and after a hearing to be ~~scheduled promptly~~, this Court shall consider – after an opportunity ~~is provided~~ for all parties to be heard – to extend its temporary restraining order to a preliminary injunction against defendants Lailer, Peter Kotzen and John Kotzen;   RWZ

5. Attachments on trustee process shall issue to the trustee defendants Citizens Bank of Massachusetts and State Street Bank & Trust on all property ~~held by~~ in the name of defendants Lailer, Peter Kotzen and John Kotzen up to the amount of $253,664.91;   RWZ

6. Attachments shall issue on all real property ~~and personal property (tangible and intangible)~~ standing in the names of ~~of~~ the defendants Lailer, Peter Kotzen and John Kotzen up to the amount of $253,664.91, and that such attachments may be filed and recorded wherever allowed by applicable law; and   RWZ

7. Plaintiff shall file a bond in the amount of $25,000.

SO ORDERED.

_____
Rya W. Zobel
United States District Court Judge

Dated: April 19, 2005

8. A further hearing is scheduled on 4/27/05 at 2 p.m. Counsel for plaintiff shall notify all parties.

B0410420v1