UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Crown Jewels of New England, LLC</u>
              Plaintiff(s)

            V.                          CIVIL ACTION NO. 05-cv-10783-RWZ

<u>Waldo H. Lailer & Company, Inc.</u>,
<u>Peter H. Kotzen and</u>    Defendant(s)
<u>John D. Kotzen</u>

**WRIT OF ATTACHMENT**

    To the United States Marshal of the District of Massachusetts or either of his Deputies, and to <u>Suvalle Jodrey & Associates</u>, Process Server appointed by the Court;

GREETINGS:

    In an action filed in this Court on <u>April 19, 2005</u>, in which the Plaintiff(s) is/are <u>Crown Jewels of New England, LLC</u>, of <u>423 West Fallbrook, Suite 207, Fresno, CA</u> whose attorney is <u>Edward W. Little, Jr.</u> of <u>Gadsby Hannah, LLP, 225 Franklin Street, Boston, MA 02110</u>, and the defendant(s) is/are <u>Waldo H. Lailer & Company, Inc.</u>, of <u>15 New England Produce Center, Chelsea, MA</u> we command you to attach the real estate and/or personal property of the Defendant(s) <u>Waldo H. Lailer & Company, Peter H. Kotzen and John D. Kotzen</u> in accordance with the following directions and/or limitations (if any): <u>see attached order</u>

to the value of $ <u>253,664.91</u>, and make due return of this writ with your doings thereon into said Court.

    This attachment was approved on <u>4/19/05</u> by _____ in the amount of $ <u>253,664.91</u>.

Dated at _____ this ___ day of <u>April</u>.

[SEAL — UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS]

SARAH A. THORNTON,
CLERK OF COURT

By: _____
    Deputy Clerk

(Attachment.wpd - 3/7/2005)