

Edward W. Little, Jr.
elittle@ghlaw.com

Tel: 617 345 7018
Fax: 617 204 8018

April 19, 2005

**VIA HAND DELIVERY**

Ms. Lisa Urso
Clerk to the Honorable Rya W. Zobel
United States District Court
  For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

225 Franklin Street
Boston MA 02110

Tel  617 345 7000
Fax  617 345 7050

www.ghlaw.com

Re:   *Crown Jewels of New England, LLC, v. Waldo H. Lailer & Co., Inc., et al.*, C.A. No. 05-10783-RWZ, United States District Court, District of Massachusetts

Dear Ms. Urso:

    As we discussed earlier today, we are having difficulty with the sheriff's offices in the various counties recording the recent real estate Writs of Attachment you issued on Tuesday, April 19. Though you gave us an original and two certified copies of the Writs, the sheriffs tell us that the certified copies are not good enough to record and that they need originals for the other counties. Accordingly, enclosed please find four (4) Writs we have filled out exactly as the original (with Judge Zobel's order attached) that we ask you stamp as originals, sign and return to our messenger who is standing by. A copy of the original Writ from April 19 is also enclosed for your review.

    We apologize for any inconvenience this may cause and thank you for your prompt assistance.

Sincerely,

*Edward W. Little*

Edward W. Little, Jr.

EVL:ob
Enclosures

B04 10848v1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Crown Jewels of New England, LLC</u>
                Plaintiff(s)

              V.                  CIVIL ACTION NO. <u>05-10783-RWZ</u>

<u>Waldo H. Lailer & Company, Inc.</u>
<u>Peter H. Kotzen and</u>   Defendant(s)
<u>John D. Kotzen</u>

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to <u>Suvalle Jodrey & Associates</u>, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on <u>April 19, 2005</u>, in which the Plaintiff(s) is/are <u>Crown Jewels of New England LLC</u>, of <u>423 West Fallbrook, Suite 207, Fresno, CA</u> whose attorney is <u>Edward W. Little, Jr</u> of <u>Gadsby Hannah LLP, 225 Franklin St, Boston, MA 02110</u>, and the defendant(s) is/are <u>Waldo H. Lailer & Company, Inc.</u>, of <u>35 New England Produce Center, Chelsea, MA</u>, we command you to attach the real estate ~~and/or personal property~~ of the Defendant(s) <u>Waldo H. Lailer & Company, Peter H. Kotzen and John D. Kotzen</u> in accordance with the following directions and/or limitations (if any): <u>See attached order</u>

to the value of $ <u>253,664.91</u>, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on <u>4/19/05</u> by _____ in the amount of $ <u>253,664.91</u>

this <u>21st</u> day of <u>April</u>.

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Crown Jewels of New England, LLC</u>
                    Plaintiff(s)

V.                                       CIVIL ACTION NO. <u>05-10783-RWZ</u>

<u>Waldo H. Lailer & Company, Inc.</u>
<u>Peter H. Kotzen and</u>   Defendant(s)
<u>John D. Kotzen</u>

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies and to <u>Suvalle Jodrey & Associates</u>, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on <u>April 19, 2005</u>, in which the Plaintiff(s) is/are <u>Crown Jewels of New England LLC</u>, of <u>423 West Fallbrook, Suite 207, Fresno, CA</u> whose attorney is <u>Edward W. Little, Jr</u> of <u>Gadsby Hannah LLP, 225 Franklin St. Boston, MA 02110</u>, and the defendant(s) is/are <u>Waldo H. Lailer & Company, Inc.</u>, of <u>35 New England Produce Center, Chelsea, MA</u>, we command you to attach the real estate ~~and/or personal property~~ of the Defendant(s) <u>Waldo H. Lailer & Company, Peter H. Kotzen and John D. Kotzen</u> in accordance with the following directions and/or limitations (if any): <u>See attached order</u>

_____ to the value of $ <u>253,664.91</u>, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on <u>4/19/05</u> by _____ in the amount of $<u>253,664.91</u>.

this <u>21st</u> day of <u>April</u>.

SARAH A. THORNTON
CLERK OF COURT

By: _____
        Deputy Clerk

(Attachment.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Crown Jewels of New England, LLC</u>
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05-10783-RWZ

<u>Waldo H. Lailer & Company, Inc.</u>
Peter H. Kotzen and     Defendant(s)
John D. Kotzen

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to <u>Suvalle Jodrey & Associates</u>, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on <u>April 19, 2005</u>, in which the Plaintiff(s) is/are <u>Crown Jewels of New England LLC</u>, of <u>423 West Fallbrook, Suite 207, Fresno, CA</u> whose attorney is <u>Edward W. Little, Jr. Gadsby Hannah LLP, 225 Franklin St. Boston, MA 02110</u>, and the defendant(s) is/are <u>Waldo H. Lailer & Company, Inc.</u>, of <u>35 New England Produce Center, Chelsea, MA</u>, we command you to attach the real estate ~~and/or personal property~~ of the Defendant(s) <u>Waldo H. Lailer & Company, Peter H. Kotzen and John D. Kotzen</u> in accordance with the following directions and/or limitations (if any): <u>See attached order</u>

to the value of $ <u>253,664.91</u>, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on <u>4/19/05</u> by _____ in the amount of $ <u>253,664.91</u>.

D___ this ___ day of <u>April</u>.

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Crown Jewels of New England, LLC
          Plaintiff(s)

        V.                          CIVIL ACTION NO. 05-10783-RWZ

Waldo H. Lailer & Company, Inc.
Peter H. Kotzen and    Defendant(s)
John D. Kotzen

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to __Suvalle Jodrey & Associates__, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on __April 19, 2005__, in which the Plaintiff(s) is/are __Crown Jewels of New England LLC__, of __423 West Fallbrook, Suite 207, Fresno, CA__ whose attorney is __Edward W. Little, Jr__ of __Gadsby Hannah LLP, 225 Franklin St. Boston, MA 02110__, and the defendant(s) is/are __Waldo H. Lailer & Company, Inc.__, of __35 New England Produce Center, Chelsea, MA__, we command you to attach the real estate ~~and/or personal property~~ of the Defendant(s) __Waldo H. Lailer & Company, Peter H. Kotzen and John D. Kotzen__ in accordance with the following directions and/or limitations (if any): __See attached order__

to the value of $ __253,664.91__, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on __4/19/05__ by _____ in the amount of $ __253,664.91__.

this __1st__ day of __April__.

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)