**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TRUSTEE WRIT**                                         Case No. 05-10783-RWZ

Crown Jewels of New England, LLC , Plaintiff(s)

**V.**

Waldo H. Lailer & Company, Inc. and Peter, Defendant(s)
N. Kotzen and John D. Kotzen

Citizens Bank of Massachusetts , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee: State Street Bank

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Waldo H. Lailer & Company, Inc. of 35 New England Produce Center, Chelsea, MA , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Crown Jewels of New England of 423 West Fallbrook, Suite 207 Fresno, CA , whose attorney is Edward W. Little, Jr. , of Gadsby Hannah 225 Franklin Street, Boston, MA may recover in an action brought against the said defendant in this Court to the value of $ 253,664.91 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on April 19, 2005 . This attachment was approved on 4/19/15 by , in the amount of $ 253,664.91 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 19th day of April .

SARAH A. THORNTON
CLERK OF COURT

By: 
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

# PROOF OF SERVICE OF PROCESS

I, hereby certify and return that on __APRIL____ __20____ , 2005, I served a copy of the

within summons upon the within-named **Trustee,** __STATE STREET BANK & TRUST COMPANY__

in the following manner:

by handing a true and attested copy thereof to_____ **MR. DAVID BIEKSBA** _____

it's _____**INVESTIGATOR**_____ and Duly Authorized Agent. Said

service was made at __12:30__ o'clock in the ____**AFTERNOON**____ . Said service was made at Number

_____**225 FRANKLIN STREET, BOSTON**_____ , Massachusetts.

Dated:__APRIL____ __20___ , 2005

Fee: Service _____$20.00____

~~Constable and~~
**Court Appointed Process Server**

Afterward, on the same day I mailed, via U.S. First Class Mail, a true and attested copy of
this Trustee summons with my Proof of Service endorsed thereon, to the said Defendant (s) at his /
her or their last and usual place of abode or business as stated within...

**WALDO H. LAILER & COMPANY, INC.**

**35 NEW ENGLAND PRODUCE CENTER, CHELSEA, MA. 02150**

Fee: Service _____$8.00____

Total Fees _____$28.00____

~~Constable and~~
**Court Appointed Process Server**

**N. B. to Process Server:**

(1) Promptly after the service of the Trustee Summons upon the Trustee or Trustees, a copy of the
Trustee summons with your return must be served upon the Defendant in the manner provided by
Rule 5.

(2) Please place date you make service on Trustee in this box on the original and on copy served
on Trustee and copy to attorney for Plaintiff.

Date Served: __APRIL____ __20___ , 2005

---

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

**One Devonshire Place**
**Boston, MA  02109**

**Telephone # (617) 720-5733**
**Fax #     (617) 720-5737**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN JEWELS OF NEW ENGLAND, LLC,  ) | CIVIL ACTION |
|                                 ) | NO. 05-10783-RWZ |

CROWN JEWELS OF NEW ENGLAND, LLC, )
                             )
        Plaintiff,            )
                             )
      v.                  )
                             )
WALDO H. LAILER & COMPANY, INC,  )
PETER KOTZEN, and JOHN KOTZEN,  )
                             )
        Defendants,    )
                             )
and                            )
                             )
CITIZENS BANK OF MASSACHUSETTS and  )
STATE STREET BANK & TRUST COMPANY,  )
                             )
        Trustee Process Defendants.  )

## ORDER

Based upon the Court's consideration of the *Complaint and Jury Demand* in this matter

and the *Plaintiff's Motion Ex Parte for Approval of Attachments and Temporary Restraining*

*Order* ("Motion") and related papers and the hearing on this matter,

IT IS HEREBY ORDERED AS FOLLOWS:

~~1.      Plaintiffs' Motion is hereby ALLOWED;~~

2.      Defendants Waldo H. Lailer & Co., Inc. ("Lailer"), Peter Kotzen and John Kotzen

are hereby temporarily restrained from selling, leasing, pledging, encumbering, alienating or

otherwise transferring any assets or interest in assets owned or controlled by them, other than as

allowed by further order of this Court;

-2-

3.    Plaintiff shall serve promptly the Complaint, Motion and other papers in this case *RWZ*

upon all defendants ~~promptly~~, and in no event later than April 22, 2005;

4.    Upon prompt notice to all defendants and after a hearing to be scheduled *RWZ*

promptly, this Court shall consider – after an opportunity ~~is provided~~ for all parties to be heard –

to extend its temporary restraining order to a preliminary injunction against defendants Lailer,

Peter Kotzen and John Kotzen;

5.    Attachments on trustee process shall issue to the trustee defendants Citizens Bank *RWZ*

of Massachusetts and State Street Bank & Trust on all property ~~held by~~ *in the name of* defendants Lailer, Peter

Kotzen and John Kotzen up to the amount of $253,664.91;

6.    Attachments shall issue on all real ~~and personal~~ *Property* ~~property (tangible and intangible)~~ *RWZ*

*standing in the names of* ~~of~~ the defendants Lailer, Peter Kotzen and John Kotzen up to the amount of $253,664.91, and

that such attachments may be filed and recorded wherever allowed by applicable law; and

7.    *Plaintiff shall file a bond in the amount of $25,000.*
SO ORDERED.

_____
United States District Court  Judge

Dated: *April 19*_____, 2005

*8. A further hearing is scheduled on 4/27/05 at 2 p.m. Counsel for plaintiff shall notify all parties.*