AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

CROWN JEWELS OF NEW ENGLAND, INC.

**SUMMONS IN A CIVIL ACTION**

V.

WALDO H. LAILER & CO., INC.
PETER KOTZEN, JOHN KOTZEN
and
CITIZENS BANK OF MASSACHUSETTS and
STATE STREET BANK & TRUST CO.

CASE NUMBER:

**05 10783 RWZ**

TO: (Name and address of Defendant)

Waldo H. Lailer & Company, Inc.
c/o Peter Kotzen, Registered Agent
35 New England Produce Center
Chelsea, MA 02150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward W. Little, Jr.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                        APR 19 2005
CLERK                                                    DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | April 20, 2005 |
| NAME OF SERVER   BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handling true and attested copies thereof to   Mr. Peter Kotzen, Registered
~~Duly Authorized~~ Agent for the within-named   Waldo H. Lailer & Company, Inc.

Said service was made at:
786 Newton Street, Chestnut Hill  , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $  95.00    2  Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 20, 2005                    *Burton M. Malkofsky* (signature)
              Date                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE  2  ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 4/20/05 at 2:30p.m. at 35 N.E. Produce Ctr., Chelsea, Ma. - No service...Business closed at time of said attempt....... | | | $ 45.00 |
| 4/20/05 at 3:50p.m. at 786 Newton St., Chestnut Hill, Ma. - Service was made............................................... | | | $ 50.00 |
| | | | $ _____ |

ALSO SERVED:                                                                                $ _____
Summons to Trustee (State Street Bank)                                                      $ _____
Summons to Trustee (Citizens Bank)                                                          $ _____
                                                                            TOTAL           $ 95.00

Order (of Judge Zobel, dated April 19, 2005)

Notice of Hearing

Writ of Attachment (real estate on all defendants)

Civil Action Cover Sheet, Category Form, Corporate Disclosure Statement

Complaint and Jury Demand

Motion for Appointment of Special Process Server

Plaintiff's Motion Ex Parte for Approval of Attachments and Temporary Restraining Order

Plaintiff's Memorandum in Support of Ex Parte Motion for Approval of Attachments and Temporary Restraining Order

Affidavit of Richard Jones in Support of Motion for Prejudgment Relief.

Telephone # (617) 720-5733
Fax #       (617) 720-5737