%AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of   Massachusetts

CROWN JEWELS OF NEW ENGLAND, LLC

V.

WALDO H. LAILER & CO., INC.
PETER KOTZEN, JOHN KOTZEN
and
CITIZENS BANK OF MASSACHUSETTS and
STATE STREET BANK & TRUST CO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10783 RWZ**

TO: (Name and address of Defendant)

Registered Agent or Officer
Citizens Bank of Massachusetts
28 State Street
Boston, MA 02719

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward W. Little, Jr.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                       APR 19 2005

CLERK                                                              DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | April 20, 2005 |
| NAME OF SERVER  BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Ms. Pat Bruneau, Senior Administrative Assistant and
Duly Authorized Agent for the within-named   Citizens Bank of Massachusetts.
Said service was made at:
53 State Street, 8th Floor, Boston , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 40.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 20, 2005
              Date

Signature of Server: *Burton M Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| ALSO SERVED: | | | $ _____ |
| Summons to Trustee (State Street Bank) | | | $ _____ |
| Summons to Trustee (Citizens Bank) | | | $ _____ |
| Order (of Judge Zobel, dated April 19, 2005) | | | $ _____ |
| Notice of Hearing | | | TOTAL $ _____ |
| Writ of Attachment (real estate on all defendants) | | | |
| Civil Action Cover Sheet, Category Form, Corporate Disclosure Statement | | | |
| Complaint and Jury Demand | | | |
| Motion for Appointment of Special Process Server | | | |
| Plaintiff's Motion Ex Parte for Approval of Attachments and Temporary Restraining Order | | | |
| Plaintiff's Memorandum in Support of Ex Parte Motion for Approval of Attachments and Temporary Restraining Order | | | |
| Affidavit of Richard Jones in Support of Motion for Prejudgment Relief. | | | |

Massachusetts Constables since 1920    Boston, MA   Place 09   Telephone # (617) 720-5733
                                                                Fax #        (617) 720-5737