

Edward W. Little, Jr.
elittle@ghlaw.com

Tel: 617 345 7018
Fax: 617 204 8018

April 27, 2005

**VIA HAND DELIVERY**

Ms. Lisa Urso
Courtroom Clerk to the Honorable Rya W. Zobel
United States District Court
  For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

      Re: *Crown Jewels of New England, LLC, v. Waldo H. Lailer & Co., Inc., et al.*, C.A. No. 05-10783-RWZ, United States District Court, District of Massachusetts

225 Franklin Street
Boston MA 02110

Tel 617 345 7000
Fax 617 345 7050
www.ghlaw.com

Dear Ms. Urso:

    As we discussed earlier today with Mr. Johnson of your office, enclosed please find an original and one copy of the *Stipulation and Order* signed by all parties. As stated therein, the parties are engaged in productive settlement discussions and request that this Stipulation and Order be entered by the Court in furtherance of those discussions. Kindly date-stamp the enclosed copy for return via our messenger who is standing by.

    In addition, we understand from Mr. Johnson that today's scheduled hearing at 2:00 p.m. has been continued and that the Court has requested a status report on the case on Monday, May 2, 2005. We will provide the Court with that report and/or with settlement materials.

    Thank you for your assistance, and please feel free to contact us with any questions.

                                   Sincerely,

                                   Edward W. Little, Jr.

EWL:ob
Enclosures
cc:    Alan L. Braunstein, Esq. (by facsimile and mail)
       Richard J. Kaitz, Esq. (by facsimile and mail)

BO411698v1