UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN JEWELS OF NEW ENGLAND, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WALDO H. LAILER & COMPANY, INC.,  )<br>PETER KOTZEN, and JOHN KOTZEN,  )<br>  )<br>Defendants,  )<br>  )<br>and  )<br>  )<br>CITIZENS BANK OF MASSACHUSETTS and  )<br>STATE STREET BANK & TRUST COMPANY,  )<br>  )<br>Trustee Process Defendants.  )<br>  ) | CIVIL ACTION<br>NO.  05-10783-RWZ |

## STATUS REPORT

Plaintiff Crown Jewels of New England, LLC ("CJNE") and defendants Waldo H. Lailer & Company, Inc. ("Lailer"), Peter Kotzen and John Kotzen (together, the "Kotzens") hereby report that they are currently reviewing drafts of settlement documents which the parties are attempting to finalize in the next day or so.

The parties hereby request that they be allowed until Wednesday, May 4, 2005, to file appropriate notification with the Court concerning the status of settlement.

Respectfully submitted,

| | |
|---|---|
| CROWN JEWELS OF NEW ENGLAND, LLC,<br>By its Attorneys, | WALDO H. LAILER & COMPANY, INC,<br>By its Attorneys, |
| /s/ Edward W. Little, Jr.<br>Charles A. Dale, III BBO # 558839<br>Edward W. Little, Jr. BBO # 628985<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7000 | /s/ Alan L. Braunstein (with permission by EWL)<br>Alan L. Braunstein BBO # 546042<br>Riemer & Braunstein LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108<br>(617) 523-9000 |

PETER KOTZEN and JOHN KOTZEN,
By their Attorneys,

/s/  Richard J. Kraitz (with permission by EWL)
Richard J. Kaitz, BBO #  256780
54 Jaconnet Street, Suite 300
Newton, MA 02461
(781) 894-4400


DATED:  May 2, 2005

B0412331v1