UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN JEWELS OF NEW ENGLAND, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALDO H. LAILER & COMPANY, INC., )<br>PETER KOTZEN, and JOHN KOTZEN, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>CITIZENS BANK OF MASSACHUSETTS and )<br>STATE STREET BANK & TRUST COMPANY, )<br>)<br>Trustee Process Defendants. )<br>) | CIVIL ACTION<br>NO. 05-10783-RWZ |

**JOINT MOTION FOR STAY AS TO DEFENDANT LAILER AND DISMISSAL
WITHOUT PREJUDICE AS TO DEFENDANTS PETER AND JOHN KOTZEN**

Plaintiff Crown Jewels of New England, LLC ("CJNE") and defendants Waldo H. Lailer & Co., Inc. ("Lailer"), Peter Kotzen and John Kotzen (together, the "Kotzens") (all parties collectively referred to as the "Parties") hereby move the Court for (a) a stay of proceedings in this matter against Lailer and (b) dismissal of the matter without prejudice against the Kotzens. The parties have settled the present dispute and, pursuant to terms of an executed, written Settlement Agreement, have agreed jointly to seek this relief.

1. On April 19, 2005, the Court entered an order *ex parte* ("Order") which, among other things, restrained the defendants from transferring assets and allowed CJNE other prejudgment relief.

2. A Stipulation and Order ("Stipulation and Order") filed by the Parties on April 27, 2005 and endorsed and entered by the Court on May 2, 2005, continues in effect certain of the Order's prejudgment relief and provides additional relief and directives to the Parties.

3. The Parties have agreed to settle their dispute and have executed a written Settlement Agreement and related documents which, among other things, require payments by Lailer of amounts owed to CJNE over the next five months. Among the terms of the Settlement Agreement is the provision that the Parties will seek a stay of this matter as to Lailer (and a dismissal after full payment of the amount owed) and a dismissal without prejudice as to the Kotzen defendants.

4. The Parties therefore request that the Court exercise its inherent equitable powers to stay the case as to Lailer until further notice and, pursuant to Fed. R. Civ. P. 41(a)(2), that the matter be dismissed without prejudice as to the Kotzen defendants.

5. No party will be prejudiced by the relief sought herein, and all Parties join in seeking the relief requested herein.

WHEREFORE the Parties respectfully request that this case be stayed as to defendant Waldo H. Lailer & Company, Inc. until further order of the Court and that the case be dismissed without prejudice as to defendants Peter and John Kotzen. A proposed Order in this regard is attached hereto as <u>Exhibit A</u>.

Respectfully submitted,

| CROWN JEWELS OF NEW ENGLAND, LLC, | WALDO H. LAILER & COMPANY, INC, |
| By its Attorneys, | By its Attorneys, |

/s/ Edward W. Little, Jr.                                      /s/ Alan Braunstein (per EWL)
Charles A. Dale, III BBO # 558839            Alan L. Braunstein BBO # 546042
Edward W. Little, Jr. BBO # 628985           Riemer & Braunstein LLP
Gadsby Hannah LLP                                      Three Center Plaza, 6th Floor
225 Franklin Street                                         Boston, Massachusetts 02108
Boston, MA  02110                                         (617) 523-9000
(617) 345-7000

PETER KOTZEN and JOHN KOTZEN,
By their Attorneys,

/s/ Richard J. Kaitz (per EWL)
Richard J. Kaitz, BBO #  256780
54 Jaconnet Street, Suite 300
Newton, MA 02461
(781) 894-4400

DATED:  May 12, 2005

B0413674v1

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN JEWELS OF NEW ENGLAND, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALDO H. LAILER & COMPANY, INC., )<br>PETER KOTZEN, and JOHN KOTZEN, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>CITIZENS BANK OF MASSACHUSETTS and )<br>STATE STREET BANK & TRUST COMPANY, )<br>)<br>Trustee Process Defendants. ) | CIVIL ACTION<br>NO. 05-10783-RWZ |

## ORDER

For the reasons set forth in the *Joint Motion for Stay as to Defendant Lailer and Dismissal Without Prejudice as to defendant Peter and John Kotzen*, dated May 12, 2005, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. This matter and proceedings hereunder are stayed as to defendant Waldo H. Lailer & Company, Inc., until further order of this Court; and

2. This matter is dismissed without prejudice as to defendant Peter Kotzen and as to defendant John Kotzen.

DATED:                                           SO ORDERED.


_____
Rya W. Zobel
United States District Judge