UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CROWN JEWELS OF NEW ENGLAND, LLC, )
                                  )
                                  )        CIVIL ACTION
              Plaintiff,          )        NO. 05-10783-RWZ
                                  )
    v.                            )
                                  )
WALDO H. LAILER & COMPANY, INC.,  )
PETER KOTZEN, and JOHN KOTZEN,    )
                                  )
              Defendants,         )
                                  )
and                               )
                                  )
CITIZENS BANK OF MASSACHUSETTS and )
STATE STREET BANK & TRUST COMPANY, )
                                  )
              Trustee Process Defendants. )
                                  )

## ORDER

For the reasons set forth in the *Joint Motion for Stay as to Defendant Lailer and*

*Dismissal Without Prejudice as to defendant Peter and John Kotzen*, dated May 12, 2005, and

for good cause shown,

IT IS HEREBY ORDERED THAT:

1.     This matter and proceedings hereunder are stayed as to defendant Waldo H. Lailer & Company, Inc., until further order of this Court; and

2.     This matter is dismissed without prejudice as to defendant Peter Kotzen and as to defendant John Kotzen.

DATED:     5/13/05

SO ORDERED.

Rya W. Zobel
United States District Judge