UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROWN JEWELS OF NEW ENGLAND, LLC, | )<br>)<br>) CIVIL ACTION |
| Plaintiff, | ) NO. 05-10783-RWZ<br>) |
| v. | )<br>) |
| WALDO H. LAILER & COMPANY, INC., PETER KOTZEN, and JOHN KOTZEN, | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| CITIZENS BANK OF MASSACHUSETTS and STATE STREET BANK & TRUST COMPANY, | )<br>)<br>) |
| Trustee Process Defendants. | )<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Crown Jewels of New England, LLC and defendants Waldo H. Lailer & Company, Inc., Peter Kotzen and John Kotzen, hereby stipulate to the dismissal with prejudice of all claims in the above-captioned action, with all rights of appeal waived, and with each party to bear its own costs and fees.

Respectfully submitted,

| CROWN JEWELS OF NEW ENGLAND, LLC, | WALDO H. LAILER & COMPANY, INC, |
|---|---|
| By its Attorneys, | By its Attorneys, |
| | |
| /s/ Edward W. Little, Jr. | /s/ Alan L. Braunstein |
| Charles A. Dale, III BBO # 558839 | Alan L. Braunstein BBO # 546042 |
| Edward W. Little, Jr. BBO # 628985 | Riemer & Braunstein LLP |
| Gadsby Hannah LLP | Three Center Plaza, 6th Floor |
| 225 Franklin Street | Boston, Massachusetts 02108 |
| Boston, MA  02110 | (617) 523-9000 |
| (617) 345-7000 | |

PETER KOTZEN and JOHN KOTZEN,
By their Attorneys,


/s/ Richard J. Kaitz
Richard J. Kaitz, BBO #  256780
54 Jaconnet Street, Suite 300
Newton, MA 02461
(781) 894-4400



DATED:  October 7, 2005